1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                        **WESTERN DIVISION**

11

12   NIASANDI S. HITHE,               )    No. CV 09-2529 CW
                                       )
13              Plaintiff,             )    JUDGMENT
           v.                          )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner, Social Security     )
     Administration,                   )
16                                     )
                Defendant.             )
17   _____)

18

19        **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: June 15, 2010

23

24                                        _____
                                              CARLA M. WOEHRLE
25                                        United States Magistrate Judge

26

27

28